**United States District Court**
For the Northern District of California

1

2                                                              *E-FILED 4/15/2009*

3

4

5

6

7                              NOT FOR CITATION

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11    REYNA NAREZ and AURELIO L. VASQUEZ,          No. C09-00090 HRL

12                  Plaintiffs,                    **ORDER DIRECTING PLAINTIFFS TO**
         v.                                        **FILE CONSENT OR DECLINATION TO**
13                                                 **PROCEED BEFORE A UNITED STATES**
      NDEX WEST LLC; CHASE HOME FINANCE,           **MAGISTRATE JUDGE**
14    LLC; and DOES 1-50,

15                  Defendants.

16    _____/

17          Pending before this court is defendant Chase Home Finance, LLC's motion to dismiss

18    the complaint.  This court previously issued two clerk's notices reminding the parties that this

19    case has been assigned to a United States magistrate judge and directing them to file either a

20    consent or declination form.  Defendant Chase Home Finance LLC has consented.  Plaintiffs

21    have not responded.[1]

22          This civil case was randomly assigned to the undersigned magistrate judge for all

23    purposes including trial.  In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of

24    this District Court are designated to conduct any and all proceedings in a civil case, including a

25    jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties.

26    An appeal from a judgment entered by the undersigned may be taken directly to the United

27    States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other

28

    _____

          [1]      There has been no appearance in this matter by defendant NDEx West LLC.

judgment of a district court.  The parties have the right to have the case assigned to a United

States District Judge for trial and disposition.  Accordingly,

IT IS ORDERED THAT plaintiffs shall file either a consent or declination to proceed

before a United States magistrate judge **no later than April 24, 2009**.  The consent and

declination forms are available at the Clerk's Office and may also be obtained from the court's

website at http://www.cand.uscourts.gov.

Dated:   April 15, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**5:09-cv-90 Notice has been electronically mailed to:**

John M. Sorich jsorich@adorno.com

Mitchell W. Roth fedfilings@mwroth.com

Sung-Min Christopher Yoo cyoo@adorno.com, vdelgado@asands.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.